UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE MCKNIGHT,<br>Plaintiff,<br>v.<br>MELANIE BRANTINGHAM, et al.,<br>Defendants. | Case No. 3:26-CV-00130-ART-CSD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 5) |

Plaintiff Leslie McKnight brings this action against Defendants Melanie Brantingham, Thomas Armstrong, and William Maddox in their official capacities as a prosecutor and judicial officers for violations of procedural due process, equal protection, and access to the courts. (ECF No. 1-5.) Before the Court is Magistrate Judge Craig Denney's report and recommendation (R&R) screening the Complaint. (ECF No. 5). The R&R recommends that the Court dismiss this action with prejudice in part and without prejudice with leave to amend in part for her claims against Defendants Brantingham and Judge Armstrong to the extent the claims arise from actions taken in their municipal court capacity, and remand McKnight's criminal prosecutions to state court.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Denney's reasoning and adopts his R&R in full. Because she brings claims against all Defendants in their official capacities, McKnight's claims against Judge Maddox are against the First Judicial District

Court, which has sovereign immunity and cannot be sued. *See Munoz v. Superior Court of Los Angeles County*, 91 F.4th 977, 979-80 (9th Cir. 2024). Her claims against Judge Armstrong are against the Carson City Justice and Municipal Court, which are also against an arm of the state subject to sovereign immunity.

To the extent that Judge Armstrong also sits on a municipal court, which is created by statute, McKnight's claims are not sufficiently clear. To sue a municipality, McKnight would need to allege a claim under 42 U.S.C § 1983 for "constitutional injuries pursuant to (1) an official policy; (2) a pervasive practice or custom; (3) a failure to train, supervise or discipline; or (4) a decision or act by a final policymaker." *Horton by Horton v. City of Santa Maria*, 915 F.3d 592, 602-03 (9th Cir. 2019). McKnight's complaint does not allege injuries on any of these bases. This also goes for McKnight's claims against Defendant Brantingham as an arm of the Carson City District Attorney's Office.

McKnight also seeks to remove her state criminal prosecution to federal court, however, her notice of removal fails to meet "almost every one of the procedural and substantive requirements set forth in 28 U.S.C. §§ 1443 and 1445" for doing so. (ECF No. 5.) Therefore, her prosecutions should be remanded unless she is able to file a second notice of removal curing those deficiencies described in the R&R.

## I. Conclusion

It is therefore ordered that Judge Denney's report and recommendation (ECF No. 5) is ADOPTED in full.

It is further ordered that McKnight's application to proceed *in forma pauperis*, (ECF No. 4) is GRANTED.

It is further ordered that the Clerk FILE McKnight's Complaint. (ECF No. 1-5.)

It is further ordered that McKnight's claims against Defendants Judge Maddox and Judge Armstrong in their capacities as officers of the Justice Court

be DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND.

It is further ordered that McKnight's claims against Defendants Brantingham and Judge Armstrong in their capacities within the municipal court be DISMISSED WITHOUT PREJUDICE and WITH LEAVE TO AMEND.

It is further ordered that McKnight's criminal prosecutions are REMANDED to state court.

The Clerk is kindly directed to send Plaintiff the instructions and form for filing a civil rights complaint. Plaintiff will have until September 25, 2026, to file an amended complaint.

DATED: August 27, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE